FILED
August 30, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003736833

TRAINOR FAIRBROOK
NANCY HOTCHKISS (SBN 107692)
JENNIFER L. PRUSKI (SBN 186141)
980 Fulton Avenue
Sacramento, California 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
jlp:1645036.953372.1

Attorneys for Creditors
KARSAN T. ELLIOTT, Individually, and JAMES A. MOORE, as Successor Trustee of the WALTER C. ELLIOTT and GEORGANA ELLIOTT REVOCABLE TRUST

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No. 2010-52789 |
| MANUEL ALLEN SABIN and ALISA MARIE SABIN, | Chapter 11 |
| Debtors. | **DCN: UST-1** |
| | **CREDITORS' RESPONSE TO U.S. TRUSTEE'S MOTION FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE** |
| | Hearing Date: September 19, 2011<br>Time: 10:00 a.m.<br>Courtroom: 28<br>Judge: Michael S. McManus |

Creditors KARSAN T. ELLIOTT, individually, and JAMES A. MOORE, as Successor Trustee of the WALTER C. ELLIOTT and GEORGANA ELLIOTT REVOCABLE TRUST ("Creditor") provide this response to the United States Trustee's Motion for Conversion or Dismissal of the Debtors' Chapter 11 case.

1. Debtors filed their chapter 11 petition on December 15, 2010.

2. The U.S. Trustee has filed a Motion for Conversion or Dismissal of Debtors' Chapter 11 case citing "cause" based upon Debtors' failure to file or timely file their monthly operating report.

3.  Bankruptcy Code § 1112(b)(1) provides that the bankruptcy court shall dismiss or convert a Chapter 11 case if the movant establishes cause, unless the court specifically finds and identifies unusual circumstances establishing that such relief is not in the best interest of creditors and the estate.

4.  This Creditor does not object to the U.S. Trustee's motion but favors dismissal rather than conversion as dismissal is in the best interests of creditors. Both Debtors are doctors and have substantial on-going income and earning potential in which to repay creditors. Creditors should be able to use state law to pursue repayment in these circumstances.

5.  Moreover, it is expected that Debtors are not eligible for a Chapter 7 case due to their substantial income and earning capacity. A Chapter 7 means test analysis will likely demonstrate a presumption of abuse.

## CONCLUSION

This responding Creditor does not object to the U.S. Trustee's Motion but requests that the Court dismiss the Chapter 11 case as a dismissal is in the best interests of creditors given Debtors substantial income and earning capacity.

Dated: August 30, 2011                TRAINOR FAIRBROOK

By: /s/ Jennifer L. Pruski
JENNIFER L. PRUSKI

# PROOF OF SERVICE

I, Sandra J. Morris, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 Fulton Avenue, Sacramento, California 95825-4558. On August 30, 2011, I served the within documents:

**CREDITORS' RESPONSE TO U.S. TRUSTEE'S MOTION FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

AmeriFirst Home Improvement
 Finance Co.
4405 S 96th Street
Omaha, Nebraska 68127-1210

Anjall Sharma
Sheila Lamb Carroll
655 University Avenue #110
Sacramento, California 95825-6746

BAC Home Loans
450 American Street SV416
Simi Valley, California 93065-6285

Bank of America, N.A.
Miles, Bauer, Bergstrom & Winters
Richard J. Bauer
1231 E. Dyer Road #100
Santa Ana, California 92705-5643

Bank of America
Post Office Box 17054
Wilmington, Delaware 19850-7054

Richard J. Bauer Jr.
1231 E. Dyer Road, Suite 100
Santa Ana, California 92705

Robert J. Binns
3620 American River Drive #175
Sacramento, California 95864-5923

Bob Savage
C-88520 U-111
Post Office Box 2500
Vacaville, California 95696-2500

W. Austin Cooper
2525 Natomas Park Drive, #320
Sacramento, California 95833-2936

Department of Education NELNET
121 S 13th Street
Lincoln, Nebraska 68608-1904

CREDITORS' RESPONSE TO U.S. TRUSTEE'S MOTION FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE [Case No. 2010-52789]    -3-

| | | |
|---|---|---|
| 1 | Jennifer E. Duggan | Elk Grove Family Physicians |
| | 350 University Avenue #200 | Group, Inc. |
| 2 | Sacrament, California 95825-6581 | c/o Robert J. Binns |
| | | 3020 American River Drive #175 |
| 3 | | Sacramento, California 95864-5923 |
| 4 | Employment Development | Franchise Tax Board |
| | Department | Post Office Box 2952 |
| 5 | Bankruptcy Group, MIC 92E | Sacramento, California 95812-2952 |
| | Post Office Box 826880 | |
| 6 | Sacramento, California 94280-0001 | |
| 7 | GE Money Bank | GMAC Mortgage, LLC |
| | c/o Recovery Management | c/o Stefanie A. Schiff |
| 8 | Systems Corp. | 4375 Jutland Drive #200 |
| | Attn: Ramesh Singh | Post Office Box 17933 |
| 9 | 25 SE 2nd Avenue #1120 | San Diego, California 92177-7921 |
| | Miami, Florida 33131-1605 | |
| 10 | | |
| 11 | Glenda Goodwin | IRS |
| | c/o Jennifer E. Duggan | 4330 Watt Avenue |
| | 350 University Avenue #200 | Sacramento, California 95821 |
| 12 | Sacrament, California 95825-6581 | |
| 13 | Internal Revenue Service | Vikas Kumar |
| | Post Office Box 21126 | 501 I Street #7-500 |
| 14 | Philadelphia, Pennsylvania 19114 | Sacramento, California 95814-7304 |
| 15 | Michael S. McManus | NELNET Loans |
| | Sacramento Division | Post Office Box 1649 |
| 16 | U.S. Bankruptcy Court | Denver, Colorado 80201-1649 |
| | 501 I Street, Suite 3-200 | |
| 17 | Sacramento, California 95814-7303 | |
| 18 | Nelnet | Office of the U.S. Trustee |
| | 3015 S Parker Road #400 | Robert T. Matsui United States |
| 19 | Aurora, Colorado 80014-1904 | Courthouse |
| | | 501 I Street, Room 7-500 |
| 20 | | Sacramento, California 95814-7304 |
| 21 | Alisa Marie Sabin | Manuel Allen Sabin |
| | 9561 East Park Drive | 9561 East Park Drive |
| 22 | Elk Grove, California 95624-6012 | Elk Grove, California 95624-6012 |
| 23 | Sallie Mae | Stefanie A. Schiff |
| | Post Office Box 9500 | 4375 Jutland Drive, #200 |
| 24 | Wilkes Barra, Pennsylvania 18773-9500 | Post Office Box 17933 |
| | | San Diego, California 92177-7921 |

TRAINOR FAIRBROCK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

CREDITORS' RESPONSE TO U.S. TRUSTEE'S MOTION FOR CONVERSION     -4-
OR DISMISSAL OF CHAPTER 11 CASE [Case No. 2010-52789]

| | |
|---|---|
| Wells Fargo Bank NA<br>Wells Fargo Education Financial Services<br>301 E 58th Street N<br>Sioux Falls, South Dakota 57104-0422 | Wells Fargo Bank, N.A.<br>Post Office Box 10438<br>MAC X2505-016<br>Des Monies, Iowa 50306-0438 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>Recovery Department<br>Post Office Box 9210<br>Des Moines, Iowa 50306-9210 | Wells Fargo Rewards<br>Post Office Box 10347<br>Des Moines, Iowa 50306-0347 |
| Wells Fargo<br>Post Office Box 5445<br>Portland, Oregon 97228-5445 | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 30, 2011, at Sacramento, California.

_____
Sandra J. Morris

CREDITORS' RESPONSE TO U.S. TRUSTEE'S MOTION FOR CONVERSION OR DISMISSAL OF CHAPTER 11 CASE [Case No. 2010-52789]    -5-